GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
GAIL Y. COSGROVE                 3011-0
gcosgrove@goodsill.com
LISA WOODS MUNGER                3858-0
lmunger@goodsill.com
CHRISTINE A. TERADA              10004-0
cterada@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SEYFARTH SHAW LLP
KATHLEEN CAHILL SLAUGHT          6363-0
kslaught@seyfarth.com
MICHELLE M. SCANNELL (*Pro Hac Vice*)
mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94015
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
KAISER PERMANENTE INSURANCE
COMPANY and KAISER FOUNDATION
HEALTH PLAN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TOBY SIDLO, on behalf of himself, and all others similarly situated,<br><br>Plaintiff(s),<br>vs. | CIVIL NO. 15-00269 ACK-RLP<br><br>DECLARATION OF NATHAN BASSEEN IN SUPPORT OF DEFENDANT KAISER FOUNDATION HEALTH PLAN |

| | |
|---|---|
| KAISER PERMANENTE INSURANCE COMPANY, a California non-profit corporation, KAISER FOUNDATION HEALTH PLAN, INC., a foreign non-profit corporation, and DOE DEFENDANTS 1-50,<br><br>    Defendants. | INC.'S MOTION TO AMEND QUALIFIED PROTECTIVE ORDER<br><br>HEARING: August 4, 2016<br><br>TRIAL:   January 10, 2017<br>JUDGE:   Hon. Alan C. Kay |
| KAISER FOUNDATION HEALTH PLAN, INC., a foreign non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HAWAII LIFE FLIGHT CORPORATION, a Hawaii corporation, and AIR MEDICAL RESOURCE GROUP, INC., a Utah corporation,<br><br>    Defendants. | CIVIL NO. 16-00073 ACK-RLP |
| HAWAII LIFE FLIGHT CORPORATION, a Hawaii corporation,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a foreign non-profit corporation, | |

-1-

Counterclaim Defendant.

## DECLARATION OF NATHAN BASSEEN

I, Nathan Basseen, declare as follows:

1. I am Managing Director of Berkeley Research Group ("BRG"). I have worked at BRG since 2010. I have been retained by Kaiser Foundation Health Plan, Inc. ("KFHP") to serve as an Expert in this case. Attached as Exhibit A is a true and correct copy of my curriculum vitae, which includes a list of cases in which I have testified as an Expert witness.

2. I have never been employed by KFHP, Kaiser Permanente Insurance Company, or any other Kaiser company.

3. I have never been employed by, consulted for or received any compensation from any air ambulance or air transport company. I also have never been involved in any competitive decision-making for any air ambulance or transport company.

4. In my experience as an Expert witness and/or consultant in litigation matters, I routinely review and analyze material and information designated as "confidential" and/or "confidential attorney-eyes only" pursuant to a protective order. I have never violated any protective order, nor have I ever been

accused of violating a protective order.

      5.      I have reviewed the Amended Qualified Protective Order ("QPO") in effect in this case and have signed the certification in Exhibit A to the QPO. I agree to be bound by all of its terms.

I declare under the penalty of perjury under the laws of the United States of America that the following is true and correct.

Executed at Chicago, Illinois on August 1, 2016.

 

_____
NATHAN BASSEEN