EXHIBIT C

**Doug Waddoups**

Ex. 116

| | |
|---|---|
| **From:** | Jesse Riddle <jesseriddle@amrg.com> |
| **Sent:** | Tuesday, June 28, 2016 10:48 AM |
| **To:** | Doug Waddoups |
| **Subject:** | FW: Kaiser Ohana |

Could you please print for me and make 5 copies.

| Member | Member Number | Date of application | Amount paid |
|---|---|---|---|
| Redacted | 90-10-6605 | 12/30/15 | $30 |
| Redacted | 90-10-5058 | 2/28/15 | $30 |
| Redacted | 90-10-6118 | 10/4/15 | $30 |
| Redacted | 90-10-6578 | 12/26/15 | $30 |
| Redacted | 90-10-5880 | 8/20/15 | $70 3 year plan |
| Redacted | 90-106200 | 9/30/15 | $30 |
| Redacted | 90-10-4681 | 11/29/14 | $30 |
| Redacted | 90-10-3879 | 7/14/14 | $30 |
| Redacted | 90-10-5648 | 7/5/15 | $30 |
| Redacted | 90-10-5706 | 7/15/15 | $30 |
| Redacted | 90-10-4779 | 12/24/14 | $30 |

1

# Exhibit A